

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,071-01

### IN RE RAKEEM LEVON RHODES, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2013-0395 IN THE 217TH DISTRICT COURT
### FROM ANGELINA COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus in Angelina County and his application has not been properly forwarded to this Court.

Respondent, the District Clerk of Angelina County, shall forward Relator's habeas application to this Court, respond that Relator has not filed a habeas application in Angelina County, forward a copy of an order designating issues together with correspondence documenting the date the State received Relator's habeas application, or forward a copy of an order establishing new deadlines in accordance with the Supreme Court's emergency orders regarding the COVID-19 State of Disaster. *See Twenty-Ninth Emergency Order Regarding the Covid-19 State of Disaster*, No.

20-9135 (Tex. Nov. 11, 2020); TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5).  This motion for leave to file will be held.  Respondent shall comply with this order within thirty days from the date of this order.

Filed: January 13, 2021
Do not publish